UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 12CR4703-GPC |
| | ) | |
| Plaintiff, | ) | ORDER AND JUDGMENT OF DISMISSAL |
| | ) | WITHOUT PREJUDICE |
| v. | ) | |
| | ) | |
| PAUL FAJARDO | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Government's Motion, IT IS HEREBY ORDERED AND ADJUDGED that the Information in the above-referenced be dismissed without prejudice.

DATED: April 9, 2014

_____
HON. GONZALO P. CURIEL
United States District Judge

1